UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBY LUCERO,<br><br>                    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>                    Defendant. | No. 2:25-cv-03250-CSK<br><br>STIPULATION TO VOLUNTARY REMAND<br>PURSUANT TO SENTENCE FOUR OF<br>42 U.S.C. § 405(g) AND TO ENTRY OF<br>JUDGMENT; ORDER |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will further develop the record as necessary, offer the claimant the opportunity for a hearing and issue a new decision.  The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted this 20th day of March, 2026.

1

ERIC GRANT
United States Attorney

By:   s/ Oscar Gonzalez de Llano
OSCAR GONZALEZ DE LLANO
Special Assistant United States Attorney
Attorneys for Defendant


Lehrkind Law Office, P.C.

By:   s/ Margaret Lehrkind
Margaret Lehrkind
(*as authorized by email)
Attorney for Plaintiff


**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.


Dated:  March 25, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

2